RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEATHER FRALEY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heather_Fraley@fd.org

Attorney for Jason Michael Wesloski

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00093-CDS-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION OF PRETRIAL RELEASE HEARING** |
| v. | (First Request) |
| JASON MICHAEL WESLOSKI, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Richard B. Casper, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heather Fraley, Assistant Federal Public Defender, counsel for Jason Michael Wesloski, that the revocation of pretrial release hearing currently scheduled for Monday, August 14, 2023, be vacated and set to a date and time convenient to this Court, but no sooner than seven (7) days.

The Stipulation is entered into for the following reasons:

1. Defense counsel has previously assigned duty the same day of the hearing and is unable to attend the hearing.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first stipulation to continue filed herein.

DATED this 8th day of August, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| *By: Heather Fraley*<br>HEATHER FRALEY<br>Assistant Federal Public Defender | *By: Richard B. Casper*<br>RICHARD B. CASPER<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON MICHAEL WESLOSKI,<br><br>    Defendant. | Case No. 2:23-cr-00093-CDS-EJY<br><br>**ORDER** |

    **IT IS THEREFORE ORDERED** that the revocation of pretrial release hearing currently scheduled for Monday, August 14, 2023 at 10:00 a.m., be vacated and continued to 10:00 a.m. on August 21, 2023, in Courtroom 3C.

    Dated: August 9, 2023

                                          _____
                                          UNITED STATES MAGISTRATE JUDGE